**Dismiss and Opinion Filed January 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00057-CR

### VAN B. NICHOLS a/k/a BENNIE EARL NICHOLS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-59788-H**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

Van B. Nichols pleaded guilty to burglary of a vehicle, having two prior burglary of a vehicle convictions and true to two enhancement paragraphs alleging two prior non-state jail felony convictions. *See* TEX. PEN. CODE ANN. §§ 12.425(b), 30.04(a), (d)(2)(A) (West 2011 & Supp. 2013). Pursuant to a plea agreement, the trial court assessed punishment at four years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140057F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VAN B. NICHOLS a/k/a BENNIE EARL NICHOLS, Appellant

No. 05-14-00057-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F13-59788-H.
Opinion delivered by Justice Lang, Justices FitzGerald and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 29th day of January, 2014.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE